DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOREDANA DESROCHES,**
Appellant,

v.

**THE COUNTRY CLUB AT WOODFIELD, INC.,** a Florida Non Profit
Corporation; **WOODFIELD COUNTRY CLUB HOMEOWNERS'
ASSOCIATION, INC.,** a Florida Non Profit Corporation; and **PREMIER
CABINETS AND FIXTURES, INC.,**
Appellees.

No. 4D20-2546

[February 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Gerald Joseph Curley, Judge; L.T. Case No.
502015CA009296.

Loredana Desroches, Delray Beach, appellant.

Caryn L. Bellus and Jacqueline M. Bertelsen of Kubicki Draper, P.A.,
Miami, for appellee The Country Club at Woodfield, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***